# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 19, 2015

## NO. 03-12-00725-CR

**Eric Daniel Maldonado, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.